**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

*(Electronically Filed)*

| | |
|---|---|
| **BILLY J. HALCOMB,**              ) | |
| ) | |
| **Plaintiff,**          ) | |
| **VS.**                             ) | **Case No. 6:13-cv-00141-DLB** |
| ) | |
| **BLACK MOUNTAIN RESOURCES, LLC** ) | |
| **and ALPHA NATURAL RESOURCES,** ) | |
| **INC.,**                           ) | |
| ) | |
| **Defendants.**        ) | |

_____

**RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS OF**
**ALPHA NATURAL RESOURCES, INC.**

_____

Comes now Defendant, Alpha Natural Resources, Inc., and for its disclosure of

corporate affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states:

1.      Alpha Natural Resources, Inc. is a publicly held corporation.

2.      Alpha Natural Resources, Inc. has no parent corporation.

3.      There are no other publicly held corporations or other publicly held

entities that have a direct financial interest in the outcome of the litigation.

4.      Alpha Natural Resources, Inc. is not a trade association.

This 23rd day of October, 2013.

**ALPHA NATURAL RESOURCES, INC.**
By Counsel:

s/ Rodney E. Buttermore, Jr.
Rodney E. Buttermore, Jr., Esq.
**BUTTERMORE & DAVENPORT**
108 South First Street
P.O. Box 875
Harlan, KY  40831-0875

Telephone 606-573-5700
Facsimile 606-573-5701
buttermoreboggs@bellsouth.net

Stephen M. Hodges, Esq.
VSB No. 1220
P. Danielle Stone, Esq.
VSB No. 84503
**PENN, STUART & ESKRIDGE**
P.O. Box 2288
Abingdon, VA  24212
Telephone 276-628-5151
Facsimile 276-628-5621
shodges@pennstuart.com
dstone@pennstuart.com
**CO-COUNSEL FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

On October 23, 2013, I electronically filed this document through the ECF

system, which will send a notice of electronic filing to the following:

Tony Oppegard, Esq.
P.O. Box 22446
Lexington, KY  40522
tonyoppegard@yahoo.com
CO-COUNSEL FOR PLAINTIFF

Wes Addington, Esq.
317 Main Street
Whitesburg, KY  41858
wes@appalachianlawcenter.org
CO-COUNSEL FOR PLAINTIFF

s/ Rodney E. Buttermore, Jr.
Rodney E. Buttermore, Jr., Esq.
**BUTTERMORE & DAVENPORT**
108 South First Street
P.O. Box 875
Harlan, KY  40831-0875
Telephone 606-573-5700
Facsimile 606-573-5701
buttermoreboggs@bellsouth.net
**CO-COUNSEL FOR DEFENDANTS**