AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| Billy J. Halcomb | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:13-cv-00141-DLB |
| Black Mountain Resources, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Billy J. Halcomb

Date:   11/14/2013

*Attorney's signature*

Evan B. Smith, KBA # 95243
*Printed name and bar number*

Appalachian Citizens' Law Center
317 Main Street
Whitesburg, KY  41858

*Address*

evan@appalachianlawcenter.org
*E-mail address*

(606) 633-3929
*Telephone number*

(606) 633-3925
*FAX number*