UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON
CIVIL ACTION NO.  13-141-DLB

**BILLY J. HALCOMB** )
)
       **Plaintiff** )
)
**v.** )
)
)
**BLACK MOUNTAIN RESOURCES, LLC** )
**and** )
**ALPHA NATURAL RESOURCES, INC.** )
)
       **Defendants** )
)

---

**JOINT RULE 26 MEETING REPORT**

---

Come the parties - the Plaintiff, Billy J. Halcomb ("Halcomb"); and the Defendants, Black Mountain Resources, LLC ("Black Mountain") and Alpha Natural Resources, Inc. ("Alpha") - through their respective counsel, pursuant to the Court's Order of April 17, 2015, and state that Tony Oppegard and Evan B. Smith, counsel for Halcomb, and Stephen M. Hodges, counsel for Black Mountain and Alpha, participated in a Rule 26(f) conference via telephone on May 4, 2015. The parties reached the following agreements and make the following recommendations to the Court:

    1. The parties shall exchange initial Rule 26(a)(1) disclosures on or before June 5, 2015.

    2. The parties agree that the deadline for all discovery in this case is December 4, 2015. The discovery deadline may be adjusted by written agreement of the parties without involving the Court.

3. The deadline for moving to join parties or to amend the pleadings is December 18, 2015.

4. Halcomb shall disclose his expert witnesses, along with expert reports, on or before September 4, 2015.

5. Black Mountain and Alpha shall disclose their expert witnesses, along with expert reports, on or before October 20, 2015.

6. Depositions of all expert witnesses shall be completed on or before December 4, 2015.

7. Any dispositive or *Daubert* motions shall be filed with the Court on or before February 5, 2016.

8. The parties believe that the jury trial will last 3-5 days, and suggest a trial date in April, 2016.

9. The parties do not consent to the jurisdiction of the presiding Magistrate Judge for all further proceedings, including trial.

10. The parties are willing to engage in mediation or a settlement conference with the Magistrate Judge if, at some point, they believe it may be productive.

                  Respectfully submitted,[1]

*Stephen M. Hodges*                  *Tony Oppegard*

_____    _____
STEPHEN M. HODGES            TONY OPPEGARD
Attorney-at-Law                     Attorney-at-Law
PENN, STUART & ESKRIDGE     P.O. Box 22446
P.O. Box 2288                      Lexington, Kentucky 40522

---

[1] Mr. Hodges has consented to counsel for Halcomb affixing his electronic signature to this Joint Rule 26 Meeting Report.

| | |
|---|---|
| Abingdon, Virginia 24212 | 859/948-9239 |
| 276-628-5151 | |

*Attorney for Black Mountain Resources*
*& Alpha Natural Resources*                    *Evan B. Smith*

_____

EVAN B. SMITH
Attorney-at-Law
APPALACHIAN CITIZENS LAW CENTER
317 Main Street
Whitesburg, Kentucky 418858
606-633-3929

*Attorneys for Billy J. Halcomb*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Joint Rule 26 Meeting Report was served via the Court's CM/ECF system on all counsel of record on this 5th day of May, 2015.

*Tony Oppegard*
_____

TONY OPPEGARD
*Attorney for Billy J. Halcomb*