UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| BILLY J. HALCOMB, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | No. 6:13-CV-141-REW-HAI |
| v. | ) | |
| | ) | ORDER |
| BLACK MOUNTAIN RESOURCES, | ) | |
| LLC, et al. | ) | |
| | ) | |
|    Defendants. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

On August 5, 2015, Defendants notified the Court that each had filed for bankruptcy. DE 57 (Notice). The Court ordered the matter stayed, pursuant to 11 U.S.C. § 362, pending resolution of the bankruptcy proceedings. DE 58 (Order). On June 18, 2018, based on an absence of party activity after August 2015, the Court administratively closed the case. DE 62 (Order). The Court also Ordered the parties to notify the Court within fourteen days of the bankruptcy matter's resolution. *Id.*

Plaintiff, now, complies with that requirement, and also moves to voluntarily dismiss all claims. DE 63 (Motion to Dismiss). Plaintiff advises that he "received everything that he appears to be entitled to" in the bankruptcy proceedings. *Id.* The Court sees no reason to await a response. *See* Fed. R. Civ. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.").

Accordingly, the Court **ORDERS** as follows:

1. The Court, at least for purposes of this Order, **REINSTATES** the case;

1

2. The Court **GRANTS** DE 63 and **DISMISSES** all claims in this matter **WITHOUT PREJUDICE**; and

3. Having dismissed all pending claims, the Court, again, **STRIKES** this matter from the Court's active docket.

This the 5th day of September, 2018.

Signed By:
*Robert E. Wier*
United States District Judge